Andrew H. Dougherty (SBN: 314459)
The Law Office of Andrew H. Dougherty
Post Office Box 1063
Palo Cedro, CA 96073
415-290-1407
415-843-7448 (f)
andrew@ahdlaw.net

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HESTON,<br><br>        Plaintiff,<br><br>    v.<br><br>WAKEFIELD & ASSOCIATES, LLC,<br><br>        Defendant. | No. 2:24-cv-02083-JAM-DMC<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Shea Heston, by and through her attorney of record, Andrew H. Dougherty, hereby notifies the Court that the parties have reached a settlement in the above-captioned case. The parties are in the process of finalizing the settlement agreement and anticipate filing a stipulation for dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure shortly. The parties respectfully request that the Court vacate all currently scheduled deadlines and hearings.

Dated: August 29, 2024                        **The Law Office of Andrew H. Dougherty**

                                                      By:/Andrew H. Dougherty, Esq./
                                                      _____
                                                      Andrew H. Dougherty, Esq.

1

Attorney for Plaintiff

27

28